```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| SUSANA MONCADA, | Case No. CV 09-03221 DDP (JWJx) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE REGARDING SUBJECT MATTER JURISDICTION** |
| MED3000, LYNN STRATTON HAAS, an individual, | |
| Defendants. | |

The Court orders the parties to show cause why this action should not be dismissed for lack of subject matter jurisdiction. It is not clear to the Court that the parties are completely diverse or that the amount in controversy equals or exceeds $75,000, as is required to establish diversity jurisdiction under 28 U.S.C. § 1332.

Accordingly, the Court ORDERS the parties to file cross-briefs, not to exceed ten pages, by June 15, 2009 to show cause why this action should not be dismissed for failure to establish federal subject matter jurisdiction. This Court will construe either party's failure to submit briefing as not opposing dismissal of this action.

Defendants' motion to dismiss, currently set for hearing on June 8, 2009, is VACATED. Defendants may re-file this motion subsequent to an order from this Court finding jurisdiction.

IT IS SO ORDERED.

Dated: June 3, 2009

DEAN D. PREGERSON
United States District Judge